No. 866. JAMES F. TODD v. UNITED STATES. February 1, 1926. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Moses Cohen* for petitioner. *Solicitor General Mitchell, Assistant Attorney General Luhring,* and *Mr. Harry S. Ridgely* for the United States.

No. 874. MORTON HOWARD MARR, SOMETIMES CALLED PAT MARR, v. UNITED STATES. February 1, 1926. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. J. K. Mahoney* for petitioner. *Solicitor General Mitchell, Assistant Attorney General Luhring,* and *Mr. Harry S. Ridgely* for the United States.

No. 875. ROSANNAH BROWN ET AL. v. UNITED STATES. February 1, 1926. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Nathan A. Gibson, Joseph L. Hull,* and *Frank Montgomery* for petitioners. *Solicitor General Mitchell* and *Assistant Attorney General Parmenter* for the United States.

No. 716. UNITED STATES v. CENTRAL RAILROAD COMPANY OF NEW JERSEY. On writ of certiorari to the Court of Claims. February 1, 1926. Dismissed, and mandate granted, on motion of *Solicitor General Mitchell* for the petitioner. *Mr. Alexander H. Elder* for respondent.

No. 862. C. W. BRITTON, AS RECEIVER OF THE MIDLAND PACKING COMPANY, v. ADAM ANDREWS ET AL. March 1, 1926. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. C. M. Stilwil* and *H. H. Stipp* for petitioner. *Mr. Robert Healy* for respondents.